```
 1 │ Floyd W. Bybee, #012651
   │ BYBEE LAW CENTER, PLC
 2 │ 4445 E. Holmes Avenue
   │ Suite 107
 3 │ Mesa, AZ 85206-3398
   │ Office: (480) 756-8822
 4 │ Fax: (480) 302-4186
   │ floyd@bybeelaw.com
 5 │
   │ Attorney for Plaintiff
 6 │
 7 │
 8 │           UNITED STATES DISTRICT COURT
 9 │               DISTRICT OF ARIZONA
10 │  ┌─────────────────────────────┐
   │  │                             )
11 │  │ Patrick Sharkey,            )   No. CV09-2013-PHX-MHB
   │  │                             )
12 │  │                             )
   │  │                             )
13 │  │     Plaintiff,              )
   │  │                             )
14 │  │ v.                          )   NOTICE OF DISMISSAL
   │  │                             )     WITH PREJUDICE
15 │  │ CDI Affiliated Services,    )
   │  │ Inc.,                       )
16 │  │                             )
   │  │                             )
17 │  │     Defendant.              )
   │  │                             )
18 │  └─────────────────────────────┘)
19 │      Plaintiff, by and through counsel, hereby gives
20 │ notice of dismissal of this case in its entirety with
21 │ prejudice, with each party to bear its own attorney's
22 │ fees and costs.
23 │ / / /
24 │ / / /
25 │
```

1
2        RESPECTFULLY SUBMITTED:   November 3, 2009   .
3
4                                       s/ Floyd W. Bybee
                                        Floyd W. Bybee, #012651
5                                       **BYBEE LAW CENTER, PLC**
                                        4445 E. Holmes Avenue
6                                       Suite 107
                                        Mesa, AZ 85206-3398
7                                       Office: (480) 756-8822
                                        Fax: (480) 302-4186
8                                       floyd@bybeelaw.com
9                                       Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25